**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sue Ellen STATEN, Defendant–Appellant.**

**No. 07–30040.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007 *.

Filed Dec. 28, 2007.

Joseph E. Thaggard, Esq., USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

E. June Lord, Esq., Great Falls, MT, for Defendant–Appellant.

---

Alberto R. Gonzales, as Attorney General of the United States.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before GOODWIN, WALLACE and FISHER, Circuit Judges.

MEMORANDUM **

Sue Ellen Staten appeals from the 63–month sentence imposed upon remand, following her guilty-plea conviction for conspiracy to manufacture methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Staten contends that the district court erred by applying U.S.S.G. § 2D1.1(b)(5)(B) to enhance her sentence because the evidence did not support the conclusion that the underlying offense created a substantial risk of harm. We disagree. The evidence presented at sentencing supported the district court's conclusion that there was a substantial risk of harm posed by the conspiracy. *See* U.S.S.G. § 2D1.1(b)(5)(B) & cmt. n. 20(A).

**AFFIRMED.**

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.